IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT STARR MCLIN,
    Plaintiff,

vs.                                                   Case No.: 3:17cv488/LAC/EMT

JOHN L. MILLER, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On September 24, 2019, the court entered an order allowing Plaintiff thirty (30) days in which to file either a notice of voluntary dismissal or a second amended complaint (ECF No. 13). After more than thirty days passed and Plaintiff had filed neither a notice of voluntary dismissal nor a second amended complaint, the court entered an order directing Plaintiff to show cause within twenty-one (21) days why the action should not be dismissed for failure to comply with an order of the court (ECF No. 14). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file a notice of voluntary dismissal or a second amended complaint; he also has not shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 12th day of December 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.